Yitzchak Zelman, Esq., (Admitted Pro Hac Vice)
**MARCUS & ZELMAN, LLC**
**701 Cookman Avenue, Suite 300**
**Asbury Park, New Jersey 07712**
Tel:  (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
**Attorneys for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **BRUCE BEGG, on behalf of himself and all others similarly situated,** | **C.A. No.: 4:20-cv-08688-YGR** |
| **Plaintiff** | |
| -against- | **[PROPOSED] ORDER OF DISMISSAL** |
| **GENERAL WIRELESS OPERATIONS INC.,** | |
| **Defendant** | |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 12, 2021 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No: **4:20-cv-08688-YGR**, are dismissed with prejudice as to the Plaintiff's claims and without prejudice as to

the claims of the class members; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_\_\_15th\_\_\_\_ **day of** \_\_\_\_April\_\_\_\_, **2021.**

_____
HONORABLE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE